UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'12 MAY -8 P12:25

UNITED STATES OF AMERICA

FILED
US DISTRICT COURT CLE.
WESTN. DIST. KENTUCKY

INDICTMENT

vs.

NO. 5:12CR14-R

**ARTHUR ARNEZ TANDY**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1

On or about October 29, 2009, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **ARTHUR ARNEZ TANDY**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

| DATE | OFFENSE | CASE NUMBER | COURT |
|---|---|---|---|
| 04/23/2008 | first degree possession of a controlled substance | 07-CR-00802 | Christian County, KY Circuit Court |

knowingly possessed, in and affecting commerce, a firearm, to wit: a Leinad Inc., Model DD, 410/.45 caliber derringer with serial number M00001086 and a Smith and Wesson, Model 36, .38 caliber revolver with serial number 642913.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 2

On or about December 22, 2009, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **ARTHUR ARNEZ TANDY**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

| DATE | OFFENSE | CASE NUMBER | COURT |
|---|---|---|---|
| 04/23/2008 | first degree possession of a controlled substance | 07-CR-00802 | Christian County, KY Circuit Court |

knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith and Wesson, Model 19-4, .357 caliber revolver with serial number 87K3707.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ARTHUR ARNEZ TANDY,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, including, but not limited to a Leinad Inc., Model DD, 410/.45 caliber derringer with serial number M00001086, a Smith and Wesson, Model 36, .38 caliber revolver with serial number 642913, and a Smith and Wesson, Model 19-4, .357 caliber revolver with serial number 87K3707.

In accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:LLH:04/11/12

UNITED STATES OF AMERICA v. **ARTHUR ARNEZ TANDY**

## PENALTIES

Counts 1 and 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.
   18 U.S.C. §§ 3612, 3613
   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY 40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY 42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY 42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY 42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:12CR14-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
ARTHUR ARNEZ TANDY

## INDICTMENT
**Title 18 U.S.C. §§ 922(g)(1); 924(a)(2):**
**Possession of Firearms by a Convicted Felon.**

*A true bill.*

_____
Foreman

*Filed in open court this* 8th day, *of* May, A.D. 2012.

Bail, $

FILED
*Clerk*
MAY 0 8 2012
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK